# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-CV-292-GCM

| | |
|---|---|
| ANTONIO D. HILL,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.**

On July 15, 2015 an Order was signed which referenced two different times to respond. To clarify,

**IT IS ORDERED** that the Defendant shall have up to and including **August 14, 2015**, in which to answer or otherwise respond.

**IT IS SO ORDERED.**

Signed: August 3, 2015

Graham C. Mullen
United States District Judge