# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:15-CV-292-GCM

|  |  |  |
|---|---|---|
| **ANTONIO D. HILL,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **INTERNATIONAL PAPER COMPANY,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Eugenia Gaerig McGown,** filed August 26, 2015 [doc. # 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. McGown is admitted to appear before this court *pro hac vice* on behalf of defendant, International Paper Company.

**IT IS SO ORDERED.**

Signed: August 31, 2015

Graham C. Mullen
United States District Judge